UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICHOLAS C. STANHOPE,<br><br>Plaintiff;<br><br>vs.<br><br>TRACY A. NORRIS, an Individual, and<br>WALMART TRANSPORTATION<br>LLC, an Arkansas Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW the Plaintiff, NICHOLAS C. STANHOPE, by and through his attorneys, HASSAKIS & HASSAKIS, P.C. and for his Complaint against the Defendants, TRACY A. MORRIS and WALMART TRANSPORTATION LLC, states as follows:

### COUNT I
### (Negligence – Nicholas C. Stanhope vs. Tracy A. Morris)

For his complaint against the Defendant, TRACY A. MORRIS, Plaintiff NICHOLAS C. STANHOPE states as follows:

1. That at all times relevant hereto, Plaintiff NICHOLAS C. STANHOPE, was a resident and citizen of the town of Midland, Dale County, Alabama.

2. That at all times relevant hereto, Defendant TRACY A. MORRIS, was a resident and citizen of the City of St. James, Phelps County, Missouri.

3. That NICHOLAS C. STANHOPE brings this action under 28 U.S.C. §1332 as it is a civil personal injury action wherein the matter in controversy exceeds the sum or value of $75,000.00 and complete diversity exists as each party is a resident and citizen of a different state.

1

4.    Venue is proper pursuant to U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial circuit.

5.    That on or about June 17, 2021 at approximately 1:45 o'clock P.M. Plaintiff NICHOLAS C. STANHOPE had parked his semi-tractor and was walking in the crosswalk leading up to the security shed of the Walmart Distribution Center in Olney Illinois.

6.    That at the aforesaid time and place, Defendant TRACY A. MORRIS, was operating her 2020 Freightliner semi-tractor (VIN #3AKJHHDRXLSLH2848) in the parking lot near the security shed of the Walmart Distribution Center in Olney Illinois when TRACY A. NORRIS struck NICHOLAS C. STANHOPE in the crosswalk thereby knocking NICHOLAS C. STANHOPE to the pavement with sufficient force to injure his person.

8.    That at said time and place aforesaid, Defendant TRACY A. MORRIS was guilty of one or more or all of the following negligent acts or omissions:

- (a) Failed to exercise due care to avoid colliding with a pedestrian as in the case of Plaintiff NICHOLAS C. STANHOPE;

- (b) Failed to keep a proper lookout for Plaintiff NICHOLAS C. STANHOPE when in the proper operation of his vehicle he could and should have seen and observed him;

- (c) Failed to sound his horn to warn plaintiff NICHOLAS C. STANHOPE;

- (d) Failed to yield the right of way to an individual in a crosswalk as in the case of NICHOLAS C. STANHOPE; and

- (e) Operated her vehicle at a speed too fast for conditions there and then on the roadway.

2

9. That as a direct and proximate result of one, more than one or all of the aforesaid negligent acts or omissions on the part of the Defendant, TRACY A. MORRIS, the Plaintiff, NICHOLAS C. STANHOPE, sustained numerous, severe and disabling injuries to his body and suffered physical pain and anguish; that Plaintiff, NICHOLAS C. STANHOPE, has incurred and become liable for medical attention, care, treatment and services in an effort to be cured of said injuries; that Plaintiff, NICHOLAS C. STANHOPE, has been unable to perform his work and activities as he had in the past, all of the foregoing damages being to the harm and injury of said Plaintiff, NICHOLAS C. STANHOPE, in a substantial sum of money.

WHEREFORE, Plaintiff, NICHOLAS C. STANHOPE, prays for judgment in his favor and against Defendant, TRACY A. MORRIS, in an amount which substantially exceeds $75,000.00, together with costs of suit and such other relief as this Court deems just and proper.

## COUNT II
### (Negligence – Nicholas C. Stanhope vs. Walmart Transportation, LLC, a Arkansas Corporation)

For his complaint against the Defendant, WALMART TRANSPORTATION LLC, a Arkansas Corporation, Plaintiff NICHOLAS C. STANHOPE states as follows:

1. That at the time of the occurrence hereinafter complained and prior and subsequent to, Defendant WALMART TRANSPORTATION LLC, was and still is an Arkansas corporation with a principal place of business located at 311 N. Walton Boulevard, Bentonville, Arkansas 72712.

2. That at all times relevant hereto, Plaintiff NICHOLAS C. STANHOPE, was a resident of the town of Midland, Dale County, Alabama.

3. That NICHOLAS C. STANHOPE brings this action under 28 U.S.C. §1332 as it is a civil personal injury action wherein the matter in controversy exceeds the sum or value of $75,000.00 and complete diversity exists as each party is a resident and citizen of a different state.

4. Venue is proper pursuant to U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial circuit.

5. That on or about June 17, 2021 at approximately 1:45 o'clock P.M. Plaintiff NICHOLAS C. STANHOPE had parked his semi-tractor and was walking in the crosswalk leading up to the security shed of the Walmart Distribution Center in Olney Illinois.

6. That at the aforesaid time and place, Defendant TRACY A. MORRIS was acting within the scope of her employment and/or agency with WALMART TRANSPORTATION, LLC.

7. That at the aforesaid time and place, Defendant TRACY A. MORRIS, was operating her 2020 Freightliner semi-tractor (VIN #3AKJHHDRXLSLH2848) in the parking lot near the security shed of the Walmart Distribution Center in Olney Illinois when TRACY A. NORRIS struck NICHOLAS C. STANHOPE in the crosswalk thereby knocking NICHOLAS C. STANHOPE to the pavement with sufficient force to injure his person.

8. That at the aforesaid time and place, the 2020 Freightliner semi-tractor then and there operated by TRACY A. MORRIS was owned by WALMART TRANSPORTATION, LLC.

9. That at the aforesaid time and place, the 2020 Freightliner semi-tractor then and there operated by TRACY A. MORRIS bore the placards and logos of WALMART thereby signaling to the public that TRACY A. MORRIS was an employee of WALMART TRANSPORTATION, LLC.

10. That at said time and place aforesaid, Defendant WALMART TRANSPORTATION, LLC, both individually and by and through its agents, servants, and employees, including TRACY A. MORRIS, was guilty of one or more or all of the following negligent acts or omissions:

    (a)    Failed to exercise due care to avoid colliding with a pedestrian as in the case of Plaintiff NICHOLAS C. STANHOPE;

    (b)    Failed to keep a proper lookout for Plaintiff NICHOLAS C. STANHOPE when in the proper operation of its vehicle he could and should have seen and observed him;

    (c)    Failed to sound its horn to warn plaintiff NICHOLAS C. STANHOPE;

    (d)    Failed to yield the right of way to an individual in a crosswalk as in the case of NICHOLAS C. STANHOPE; and

    (e)    Operated its vehicle at a speed too fast for conditions there and then on the roadway.

11. That as a direct and proximate result of one, more than one or all of the aforesaid negligent acts or omissions on the part of the Defendant, WALMART TRANSPORTATION LLC, a Delaware corporation, the Plaintiff, NICHOLAS C. STANHOPE, sustained numerous, severe and disabling injuries to his body and suffered physical pain and anguish; that Plaintiff, NICHOLAS C. STANHOPE, has incurred and become liable for medical attention, care, treatment and services in an effort to be cured of said injuries; that Plaintiff, NICHOLAS C. STANHOPE, has been

unable to perform his work and activities as he had in the past, all of the foregoing damages being to the harm and injury of said Plaintiff, NICHOLAS C. STANHOPE, in a substantial sum of money.

WHEREFORE, Plaintiff, NICHOLAS C. STANHOPE, prays for judgment in his favor and against Defendant, WALMART TRANSPORTATION LLC, a Delaware corporation, in an amount which substantially $75,000.00, together with costs of suit and such other relief as this Court deems just and proper.

HASSAKIS & HASSAKIS, P.C.,<br>
Attorneys for Plaintiff, NICHOLAS C. STANHOPE<br><br>
By _____<br>
Paul E.H. Rademacher<br>
ARDC No. 6324529

Attorneys for Plaintiff:
HASSAKIS & HASSAKIS, P.C.
206 So. 9th Street, Suite 201
Post Office Box 706
Mt. Vernon, Illinois 62864
(618) 244-5335
(618) 244-5330 (fax)
paul@hassakislaw.com

## DEMAND FOR TRIAL BY JURY

**Plaintiff, NICHOLAS C. STANHOPE, demands a jury trial in the above cause by a jury of twelve persons.**

HASSAKIS & HASSAKIS, P.C.,<br>
Attorneys for Plaintiff, NICHOLAS C. STANHOPE<br><br>
By _____<br>
Paul E.H. Rademacher<br>
ARDC No. 6324529

Attorneys for Plaintiff:
HASSAKIS & HASSAKIS, P.C.
206 So. 9th Street, Suite 201
Post Office Box 706
Mt. Vernon, Illinois 62864
(618) 244-5335
(618) 244-5330 (fax)
paul@hassakislaw.com